United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 25, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-11418
Summary Calendar
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

     v.

JOSE MARTIN RUIZ

                    Defendant - Appellant

                ---------------------
        Appeal from the United States District Court
            for the Northern District of Texas
                USDC No. 6:04-CR-31-5-C
                ---------------------

Before KING, Chief Judge, and HIGGINBOTHAM and PRADO, Circuit
Judges.

PER CURIAM:[*]

     Counsel appointed to represent Jose Martin Ruiz has

requested leave to withdraw and has filed a brief as required by

Anders v. California, 386 U.S. 738 (1967).  Although Ruiz was

informed of his right to respond, he has declined to do so.  Our

independent review of counsel's brief and the record discloses no

nonfrivolous issue.  Accordingly, the motion for leave to

withdraw is GRANTED, counsel is excused from further

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.

<u>See</u> 5TH CIR. R. 42.2.